**David JOHNSON, Appellant,**

v.

**PORT CITY JANITORS' SUPPLY & PAPER COMPANY, INC.,**
Appellee.

No. 08–2847.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 5, 2009.

Filed: Oct. 8, 2009.

John Kearney, argued, Pine Bluff, AR, for Appellant.

Spencer F. Robinson, Ramsay & Bridgforth, argued, Pine Bluff, AR, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

David Johnson appeals following the district court's[1] adverse grant of summary judgment in his employment-discrimination action and the court's ensuing denial of his motion for reconsideration. After careful de novo review, *see Davis v. KARK–TV, Inc.*, 421 F.3d 699, 703 (8th Cir.2005), we conclude that summary judgment was proper for the reasons stated by the district court; and we also conclude that the court did not abuse its discretion

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

in denying reconsideration, *see McAninch v. Wintermute*, 491 F.3d 759, 775 (8th Cir. 2007). Accordingly, we affirm. *See* 8th Cir. R. 47B.

